UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL HARRELL, SUSAN CALVO, JOHN PETERS PROFESSIONAL LIMOUSINES, INC., JACKLYN RESTREPO and PEDRO CAMACHO individually and on behalf of all others similarly situated,

           Plaintiffs,

-against-

THE CITY OF NEW YORK, MEERA JOSHI, DAVID YASSKY and RAYMOND SCANLON,

           Defendants

------------------------------------------------------------------------ x

**DECLARATION OF KAREN B. SELVIN IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION AND REARGUMENT**

14 CV 7246 (VEC)

(filed by ECF)

**KAREN B. SELVIN**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

  1. I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants The City of New York, Meera Joshi, David Yassky, and Raymond Scanlon.

  2. I make this declaration in support of the defendants' motion for reconsideration and reargument of this Court's September 30, 2015 Opinion & Order.

  3. Attached as Exhibit "A" is a copy of the Court's September 30, 2015 Opinion & Order.

  4. For the reasons set forth above and in the accompanying memorandum of law, the defendants respectfully request that the Court grant their motion for reconsideration and reargument.

Dated:	New York, New York
	October 23, 2015

							/s/  Karen B. Selvin_____
							KAREN B. SELVIN (KS-3816)
							Assistant Corporation Counsel