

|  | **T**HE **C**ITY OF **N**EW **Y**ORK |  |
|---|---|---|
| **ZACHARY W. CARTER** | **L**AW **D**EPARTMENT | **KAREN B. SELVIN** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Phone: (212) 356-2208<br>Fax: (212) 356-2019<br>kselvin@law.nyc.gov |

November 3, 2016

**Via ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

     Re: <u>Harrell, et al. v. City of New York, et al.</u>  14 CV 7246 (VEC)

Dear Judge Caproni:

   I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the defendants in the above-entitled action. By Order dated October 20, 2016, Your Honor directed Plaintiff Michael Harrell, pursuant to Fed. Rule of Civil Procedure 41(b), to show cause on or before November 2, 2016, why judgment in his favor should not be vacated and he should not be dismissed from the case for failure to provide discovery. Dkt. 151. Mr. Harrell has failed to respond to this Court's Order. Accordingly, defendants request that the Court enter an Order vacating the judgment awarded to Plaintiff Michael Harrell and dismissing him from this case.

                Respectfully submitted,

                 /s/

                 Karen B. Selvin (KS-3816)
                 Assistant Corporation Counsel

**Via ECF**
cc: Daniel Ackman, Esq.
   Andrew St. Laurent, Esq.
   Attorneys for Plaintiffs