

November 4, 2016

**VIA ECF:**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: <u>Harrell, et al v. City of New York, et al, 14-cv-7246 (VEC)</u>

Your Honor:

    We are in receipt of Defendants' letter of November 3, 2016, noting the failure of Plainitff Michael Harrell to respond to the Court's Show Cause Order of October 20, 2016 (Docket Entry # 151). We regret to inform the Court that, despite our efforts, we have had no response from Mr. Harrell concerning either our previously conveyed requests that he appear for the deposition noticed by Defendants or the Court's Order that he show cause on or before November 2, 2016 as to why the award of summary judgment in his favor should not be vacated and his case dismissed. Accordingly, we take no position on the Defendants' instant application.

                                   Respectfully,

                                   /s/

                                 Andrew St. Laurent
                                 Daniel L. Ackman

cc: Karen Selvin, Esq. (by ECF)
    Sandra Metallo-Barragan (by ECF)
    *Attorneys for Defendants*

ANDREW ST. LAURENT | ANDREW@SC-HARRIS.COM | DIRECT 646-248-6010

SC-HARRIS.COM | TEL 212-397-3370 | FAX 212-202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005