UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN CALVO, JOHN PETERS PROFESSIONAL LIMOUSINES, INC., JACKLYN RESTREPO, PEDRO CAMACHO, EAMON YUEL and YONG ZHANG, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE CITY OF NEW YORK, MEERA JOSHI, DAVID YASSKY and RAYMOND SCANLON, <br><br> *Defendants.* | **NOTICE OF MOTION FOR STAY PENDING APPEAL** <br><br> No. 14 CV 7246 (VEC) |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all the papers and proceedings had herein, the plaintiffs will move this Court, before the Honorable Valerie E. Caproni, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 443, New York, New York, on a date and time to be designated by this Court, for a stay of proceedings in this Court pending appeal to the United States Court of Appeals for the Second Circuit of the Court's denial of the plaintiffs' motion for class certification, together with any such further relief the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b), defendants' opposition brief is due on June 27, 2018, and plaintiffs' reply brief is due on July 5, 2018.

1

Dated: New York, New York
June 13, 2018

/s/_____
Daniel L. Ackman
222 Broadway, 19th Floor
New York, NY 10038
Tel: (917) 282-8178
dan@danackmanlaw.com

Andrew M. St. Laurent
Jonathan A. Harris
Joseph T. Gallagher
HARRIS, ST. LAURENT &
CHAUDHRY LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Tel: (646) 248-6010
andrew@sc-harris.com
jon@sc-harris.com
jgallagher@sc-harris.com

*Attorneys for Plaintiffs*